IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01335-WYD-KLM

UNITED STATES OF AMERICA,

    Petitioner,

v.

MARIA J. CHAPEDLAINE,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    It is hereby ORDERED that because the Internal Revenue Service no longer seeks to enforce its summons in this action and has closed its investigation of Respondent, Petitioner's Motion to Vacate Hearing and Discharge Order to Show Cause is **GRANTED.** The hearing scheduled for September 17, 2008, at 11:00 a.m. is **VACATED**, and the Court's Order to Show Cause is **DISCHARGED**.

    DATED: September 10, 2008.